## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PEGGY S. LEGRANDE | FILED: APRIL 10, 2008 |
| | 08CV2047          LI |
| v. | JUDGE   GOTTSCHALL |
| | MAGISTRATE JUDGE DENLOW |
| UNITED STATES OF AMERICA | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PEGGY S. LEGRANDE

| NAME (Type or print) |
|---|
| Donald J. Nolan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Donald J. Nolan |

| FIRM |
|---|
| Nolan Law Group |

| STREET ADDRESS |
|---|
| 20 North Clark, Suite 3000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2058391 | 312-630-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐