## United States District Court for the Northern District of Illinois

Case Number: 08cv2047      Assigned/Issued By: j. n.

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

☐ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

3 Original and 0 copies on 4-14-08 as to u.s. of america;
(Date)
u.s attny; u.s. attny general _____

_____

C:\wpwin80\docket\feeinfo.frm      03/14/05