UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEGGY S. LEGRANDE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2047 |
| | ) | |
| v. | ) | |
| | ) | Judge Gottschall |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Eileen M. Marutzky
     EILEEN M. MARUTZKY
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1998
     eileen.marutzky@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on April 28, 2008, to the following non-ECF filers:

    Charles Rayburn Barnett
    Nolan Law Group
    20 North Clark Street
    Suite 3000
    Chicago, IL 60602

                                        By:  s/ Eileen M. Marutzky
                                             EILEEN M. MARUTZKY
                                             Assistant United States Attorney
                                             219 South Dearborn Street
                                             Chicago, Illinois 60604
                                             (312) 353-1998
                                             eileen.marutzky@usdoj.gov