UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Peggy S. LeGrande
                        Plaintiff,

v.                                         Case No.: 1:08−cv−02047
                                                        Honorable Joan B. Gottschall

United States of America
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 8/13/2008, It is hereby ordered that discovery is bifurcated as to liability and damages. ( Liability discovery ordered closed by 1/30/2009., Expert discovery is ordered closed 4/30/2009. Status hearing set for 2/4/2009 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.